# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**CORDARIOUS WILLIS,**
**ADC #162742**                                                                                                          **PLAINTIFF**

**V.**                         **CASE NO. 5:17-CV-00180 DPM/BD**

**KEDDRICK AVERY**                                                                                   **DEFENDANT**

## RECOMMENDED DISPOSITION

**I.**     **Procedure for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to Judge D.P. Marshall Jr. Mr. Willis may file written objections to this Recommendation. If objections are filed, they must be specific and must include the factual or legal basis for the objection. To be considered, objections must be received in the office of the Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Marshall can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

**II.**    **Discussion**

Cordarious Willis, an Arkansas Department of Correction ("ADC") inmate, filed this civil rights lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #2) Because Mr. Willis neither submitted a complete *in forma pauperis* (IFP) application nor paid the statutory filing fee, the Court ordered him to do one or the other within thirty days of August 8, 2017. (#3) The Court specifically cautioned Mr. Willis

that his claims could be dismissed, without prejudice, if he failed to comply with the Court's order. As of this date, Mr. Willis has neither submitted a complete IFP application nor paid the filing fee, as ordered.

## III. Conclusion

The Court recommends that Mr. Willis's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's August 8, 2017 Order and his failure to prosecute this lawsuit.

DATED this 12th day of October, 2017.

_____
UNITED STATES MAGISTRATE JUDGE