# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**CORDARIOUS WILLIS**  **PLAINTIFF**
ADC #162742

v.  No. 5:17-cv-180-DPM

**KEDDRICK AVERY, Lieutenant,**
**Cummins Unit, ADC**  **DEFENDANT**

## ORDER

Unopposed recommendation, № 4, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Willis's complaint will be dismissed without prejudice for failure to prosecute.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

31 October 2017