IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CORDARIOUS WILLIS  PLAINTIFF
ADC #162742

v.  No. 5:17-cv-180-DPM

KEDDRICK AVERY, Lieutenant,
Cummins Unit, ADC  DEFENDANT

## JUDGMENT

Willis's complaint is dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 October 2017